# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ELLISON O. JORDAN, | : | No. 410 MAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| THE PENNSYLVANIA STATE | : | |
| UNIVERSITY, SANDY BARBOUR, | : | |
| CHARMELLE GREEN, JAMES FRANKLIN, | : | |
| ANDY MUTNAN, RENEE MESSINA, | : | |
| SCOTT A. LYNCH, M.D., PETER H. | : | |
| SEIDENBERG, M.D., JOHN S. REID, M.D., | : | |
| BRENDAN M. CARR, TIM BREAM, WES | : | |
| SOHNS, PENN STATE HEALTH, MILTON | : | |
| S. HERSHEY MEDICAL CENTER, PENN | : | |
| STATE HERSHEY MEDICAL GROUP, AND | : | |
| MOUNT NITTANY HEALTH, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 25th day of April, 2023, the Petition for Allowance of Appeal and the Application to Supplement Petition for Allowance of Appeal are **DENIED**.